NUMBER 13-10-00522-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

CHARLES WILLIAM
FECHNER AND 

MARIE MAGDALENE
FECHNER,                                            Appellants,

 

                                                             v.

 

MCCLAIN TRAILERS,
INC.,                                                           Appellee. 

____________________________________________________________

 

                           On
appeal from the 103rd District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before
Justices Garza, Vela, and Perkes 

Memorandum Opinion
Per Curiam

 








Appellants,
Charles William Fechner and Marie Magdalene Fechner, perfected an appeal from a
judgment entered by the 103rd District Court of Cameron County, Texas, in cause
number 2010-DCL-8069.  The parties have filed a joint motion to dismiss appeal on
grounds that the parties have resolved the underlying lawsuit and there is no
need to proceed with the appeal because the issues are moot.  The parties
request that this Court dismiss this case.  

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will
be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
the parties’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

19th day of May, 2011.